# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| AUNDREA SOLOMON o/b/o A.K. | § | |
| | § | |
| v. | § | No. 5:15-CV-183-RWS-CMC |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge (Docket No. 27), which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. In the Report, the Magistrate Judge recommends affirming the Commissioner's decision that Plaintiff's minor child is not disabled. Docket No. 27 at 17. The Magistrate Judge found that the evidence supported a finding that Plaintiff's minor child suffered a "marked" but not "extreme" limitation in her ability to care for herself. *Id*. at 16. No objections to the Report and Recommendation were filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Plaintiff's above-entitled Social Security action is hereby **AFFIRMED**. It is further

**ORDERED** that all motions not previously ruled on are **DENIED**, and the referral order is **VACATED**.

SIGNED this 15th day of February, 2017.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE